# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CIVIL ACTION** |
| v. | No. 03-432-1 |
| **DORIAN SHABAZZ DELANEY** | |

## ORDER

**AND NOW**, this 8th day of June, 2022, upon consideration of Defendant's *pro se* Motion to Vacate/Set Aside/Correct Sentence under 28 U.S.C. § 2255 (Doc. No. 86), Defendant's counseled brief in support of his § 2255 Motion (Doc. No. 130), and the Government's Response (Doc. No. 131), it is hereby **ORDERED** that the Motion is **GRANTED** and the remainder of Defendant's term of supervised release is **VACATED**.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**